NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0823

CRAIG AND CINDY FONTENOT, ET AL.

VERSUS

ERIC AND JUDY GRANGER, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 77,239
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

REVERSED AND REMANDED.

Gary J. Ortego
Attorney at Law
P. O. Drawer 810
Ville Platte, LA 70586
(337) 363-0707
Counsel for Plaintiff/Appellant:
    Craig and Cindy Fontenot


Jackson Burke Bolinger

**Caffery Plaza, Suite 100**
**4023 Ambassador Caffery Parkway**
**Lafayette, LA 70503**
**(337) 988-7240**
**Counsel for Defendant/Appellee:**
     **State Farm Mutual Auto Ins. Co.**
     **Eric and Judy Granger**

**Michael J. Juneau**
**Karen Bordelon Levy**
**Juneau Law Firm**
**P.O. Drawer 51268**
**Lafayette, LA 70505-1268**
**(337) 269-0052**
**Counsel for Defendant/Appellee:**
     **National Union Fire Company of LA**

**Jonathan C. Vidrine**
**West & Vidrine**
**P. O. Drawer 1019**
**Ville Platte, LA 70586**
**(337) 363-2772**
**Counsel for Plaintiff/Appellant:**
     **Craig and Cindy Fontenot**